In the Matter of the Application of THE BROOKLYN CHIL-
DREN'S AID SOCIETY, Respondent, for a Writ of Man-
damus against WILLIAM A. PRENDERGAST, as Comp-
troller of the City of New York, et al., Appellants.

*Matter of Brooklyn Children's Aid Society* v. *Prendergast*, 166
App. Div. 852, affirmed.
(Argued May 27, 1915; decided June 15, 1915.)

APPEAL from an order of the Appellate Division of
the Supreme Court in the second judicial department,
entered February 5, 1915, which affirmed an order of
Special Term granting a motion for a peremptory writ of
mandamus to compel the cancellation of certain assess-
ments for local improvements levied against property of
the petitioner, a charitable corporation.

The respondent claimed that its property is exempt
from assessments for local improvements under and by
virtue of chapter 364 of the Laws of 1878, as amended by
chapter 622 of the Laws of 1886; re-enacted (L. 1888,
ch. 583, tit. 22, § 32; amd., L. 1889, ch. 255). These
statutes provided that real property of a charitable cor-
poration, such as the respondent, situate in the county of
Kings, should be exempt from assessments for local
improvements. The appellants claim that the said
statutes are repealed.

*Frank L. Polk*, Corporation Counsel (*Thomas F.
Magner* and *John B. Shanahan* of counsel), for appellants.

*William G. Cooke* and *Howard O. Wood* for
respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, COLLIN, CUDDEBACK, HOGAN, CAR-
DOZO and SEABURY, JJ. Not sitting: WILLARD BART-
LETT, Ch. J.